UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

DERRICK W. MORRIS,                    )
                                      )
              Plaintiff,              )
                                      )
       vs.                            )          1:13-cv-01017-SEB-DKL
                                      )
CAROLYN W. COLVIN Commissioner of the )
Social Security Administration,       )
                                      )
              Defendant.              )

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted her Report and Recommendation on
Plaintiff's Complaint for Judicial Review. The parties were afforded due
opportunity pursuant to statute and the rules of this Court to file objections;
none were filed. The Court, having considered the Magistrate Judge's Report
and Recommendation, hereby adopts the Magistrate Judge's Report and
Recommendation.

Date: 8/27/2014

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Patrick Harold Mulvany
patrick@mulvanylaw.com

Thomas E. Kieper
tom.kieper@usdoj.gov